Company. I. Untermyer, for appellant. M. M. Dolphin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

PARSONS v. KNICKERBOCKER TRUST CO. et al. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Agnes E. Parsons, as executrix, etc., of John D. Parsons, Jr., deceased, against the Knickerbocker Trust Company and the Albany Trust Company, impleaded with James R. Hay. No opinion. Judgments unanimously affirmed, with costs.

---

PARTENFELDER v. FINKLER. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Adam Partenfelder against Isadore Finkler. No opinion. Motion denied, without costs.

---

PATRICK, Appellant, v. WICKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Addie M. F. Patrick against Viola B. Wicks and others. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

---

PATTEE, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Mabel Pattee, as administratrix, etc., against the Hudson Valley Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

---

PATTEE, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Mabel Pattee, as administratrix, etc., of Howard Pattee, deceased, against the Hudson Valley Railway Company. No opinion. Motion denied. See, also, supra. infra.

---

PATTERSON et al. v. YOUNGS et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Mary Patterson and others against Charles A. Youngs and others. No opinion. Application granted. Order signed. See, also, 72 Misc. Rep. 91, 129 N. Y. Supp. 673.

---

PAYETTE et al., Respondents, v. FARONE, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Joseph Payette and another against Nicholas J. Farone. No opinion. Order affirmed, without costs.

---

In re PECK. (Supreme Court, Appellate Division, First Department. May 3, 1912.) In the matter of Bayard L. Peck, as assignee of Girard N. Whitney, etc.

PER CURIAM. Order affirmed, with costs, on the authority of In re Whitney, 146 App. Div. 45, 130 N. Y. Supp. 629. Order filed.

INGRAHAM, P. J., dissents, on his dissenting opinion on said former appeal.

---

PEDDIE, Appellant, v. O'NEILL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Mary Peddie, as administratrix, etc., of Charles Peddie, deceased, against Mary O'Neill, impleaded with others.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the trial court erred in excluding testimony tending to show that the elevator in question was not equipped with such safety devices as were in common and ordinary use on such elevators at the time of the accident.

THOMAS, J., dissents.

---

PEOPLE, Respondent, v. ADLER, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York against Isidor Adler. A. B. Schleimer, for appellant. T. Farley, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. ANGALOME, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Proceeding by the People of the State of New York against Giuseppe Angalome. G. A. Baker, for appellant. L. Fabricant, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. BERTELINO. PEOPLE v. COHEN. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Proceeding by the People of the State of New York against Antonio Bertelino and against Louis Cohen. No opinions. Motions granted. Orders filed.

---

PEOPLE v. BRANK et al. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Proceeding by the People of the State of New York against Wolf Brank and another. No opinion. Motion granted. Time extended to June 24, 1912. Settle order on notice.

---

PEOPLE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Proceeding by the People of the State of New York against Thomas Brown and others. S. H. Cohen, for appellants. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. CHERRY. (Supreme Court, Appellate Division, First Department. April